In the Matter of LOUIS MARKS, Appellant, against EDWARD GOMBERT et al., as Fire Commissioners of the Roosevelt Fire District, Nassau County, Respondents.

(Argued May 27, 1929; decided June 11, 1929.)

*George J. Schneller* for appellant.
*Fred Strohsall* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.